**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEI YANG,<br><br>*Plaintiff,*<br><br>v.<br><br>W-E PHILADELPHIA FUND II, LLC, *et al.*,<br><br>*Defendants.* | No. 2:25-cv-05656 |

ORDER

AND NOW, this 13th day of November, 2026 upon consideration of Defendants' Motion for Summary Judgment (Dkt. No. 20-4); Plaintiff's Cross-Motion for Partial Summary Judgment (Dkt. No. 21) and the Defendant's response thereto (Dkt. No. 22), it is hereby ORDERED that Defendant's Motion is GRANTED and Plaintiff's Motion is DENIED. Nothing in this Order precludes Plaintiff from seeking future relief if funding circumstances change.

BY THE COURT:

GAIL WEILHEIMER, J.